IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John Millington,

    Plaintiff,

  v.                         Case No. 2:06-cv-347

Morrow County Board of
County Commissioners,
et al.,

    Defendants.

## ORDER

    This matter is before the court on the plaintiff's motion filed on April 2, 2007, to dismiss certain claims without prejudice pursuant to Fed.R.Civ.P. 41(a).  No objection having been filed, the motion is granted, and all of plaintiff's claims, with the exception of plaintiff's claims under the Fair Labor Standards Act and Ohio Rev. Code Chapter 4111, are hereby dismissed without prejudice.

Date: May 1, 2007                        s\James L. Graham
                                       James L. Graham
                                       United States District Judge